

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Daniel Siegel

**DEFENDANTS**
General Star Management Company, General Reinsurance Corporation, General Star National Insurance Company, and General Star Indemnity Company

**(b)** County of Residence of First Listed Plaintiff   United States
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   United States
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Miller Shakman & Beem LLP,
180 N. LaSalle Street, Suite 3600, Chicago, Illinois 60601
(312) 263-3700

Attorneys (If Known)
Lord, Bissell & Brook LLP
111 South Wacker Drive, Chicago, Illinois 60606
(312) 443-0700

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | 07CV913 | | |
| 120 Marine | 310 Airplane / 362 Personal Injury—Med. Malpractice | JUDGE COAR | | |
| 130 Miller Act | 315 Airplane Product Liability / 365 Personal Injury—Product Liability | MAG. JUDGE ASHMAN | | |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander / 368 Asbestos Personal Injury Product Liability | | | |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | |
| 151 Medicare Act | 340 Marine / PERSONAL PROPERTY | | | |
| 152 Recovery of Defaulted Student Loans (excl. vet.) | 345 Marine Product Liability / 370 Other Fraud | | | |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / 371 Truth in Lending | LABOR | SOCIAL SECURITY | 875 Customer Challenge 12 USC 3410 |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 380 Other Personal Property Damage | 710 Fair Labor Standards Act | 861 HIA (1395ff) | 891 Agricultural Acts |
| [■] 190 Other Contract | 360 Other Personal Inj. / 385 Property Damage Product Liability | 720 Labor/Mgmt. Relations | 862 Black Lung (923) | 892 Economic Stabilization Act |
| 195 Contract Product Liability | | | 863 DIWC/DIWW (405(g)) | 893 Environmental Matters |
| 196 Franchise | | | 864 SSID Title XVI | 894 Energy Allocation Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | 730 Labor/Mgmt.Reporting & Disclosure Act | 865 RSI (405(g)) | 895 Freedom of Information Act |
| 210 Land Condemnation | 441 Voting / 510 Motions to Vacate Sentence | 740 Railway Labor Act | FEDERAL TAX SUITS | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 220 Foreclosure | 442 Employment / Habeas Corpus: | | 870 Taxes (U.S. Plaintiff or Defendant) | |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations / 530 General | 790 Other Labor Litigation | | 950 Constitutionality of State Statutes |
| 240 Torts to Land | 444 Welfare / 535 Death Penalty | | | |
| 245 Tort Product Liability | 445 ADA—Employment / 540 Mandamus & Other | 791 Empl. Ret. Inc. Security Act | 871 IRS—Third Party 26 USC 7609 | 890 Other Statutory Actions |
| 290 All Other Real Property | 446 ADA—Other / 550 Civil Rights | | | |
| | 440 Other Civil Rights / 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

breach of express contract, breach of implied-in-fact contract, quantum meruit

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ >$ 1 million
CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

**IX. This case** [x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE 2/16/07
SIGNATURE OF ATTORNEY OF RECORD

FILED
FEB 16 2007
02-16-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT